```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
BLEND COTA et al,                                                :
:
                  Plaintiffs,                                    :
:                    21-cv-1519 (LJL)
         -v-                                                     :
:                    ORDER
ART BRAND STUDIOS, LLC,                                          :
:
                  Defendant.                                     :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a case management conference in this case today. This Order memorializes the conferences and deadlines scheduled at that conference.

      A post-discovery status conference is set for **September 30, 2022 at 11:00 a.m.** By one week prior to the status conference, a joint letter updating the Court on the status of the case shall be filed on ECF in accordance with Item 11 of the Court's form Case Management Plan and Scheduling Order.

      A hearing on Defendant's motion for a preliminary injunction is scheduled for **February 8, 2022 at 1:30 p.m.** The hearing is to proceed remotely by Zoom video conference, and parties will be provided with log-in information prior to the hearing. The public may access the hearing through the Court's audio-only teleconference line by dialing 888-251-2909 and using access code 2123101.

      The parties are directed to meet and confer, and by **February 1, 2022**, the parties must file a letter on the docket informing the Court if the parties still request a hearing or if they are prepared to proceed on the papers.

      SO ORDERED.

Dated: January 13, 2022                        _____
       New York, New York                            LEWIS J. LIMAN
                                                     United States District Judge