UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _02/08/2022__
```

-------------------------------------------------------------------X
                         :

BLEND COTA and REDINA TILI,           :

            Plaintiffs,     :

                         :           21-cv-1519 (LJL)

     -v-                   :

                         :             ORDER

ART BRAND STUDIOS, LLC,         :

                         :

           Defendant.     :

                         :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On February 2, 2022, Defendant was ordered to show cause why the motion for a preliminary injunction should not be denied without prejudice to renewal after the filing of counterclaims.  Dkt. No. 54.  Defendant filed a response on February 4, 2022.  Dkt. No. 55.  The Court then ordered Plaintiffs to file a response to Defendant's letter.  Dkt. No. 56.  Plaintiffs filed their response and requested that the Court deny Defendant's motion for a preliminary injunction with prejudice and impose sanctions.  Dkt. No. 57.

For the reasons given in the Court's Order to Show Cause at Dkt. No. 54, Defendant's motion for a preliminary injunction is DENIED without prejudice to renewal after the filing of counterclaims.  Plaintiffs' request for sanctions is DENIED.

The Clerk of Court is respectfully directed to close Dkt. No. 43.


      SO ORDERED.


Dated: February 8, 2022
      New York, New York                  _____
                                         LEWIS J. LIMAN
                               United States District Judge